UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

3:09-md-02100-DRH-PMF

MDL No. 2100

------------------------------------------------------------

**This Document Relates to:**

**Judge David R. Herndon**

*Vanisa Anderson, et al. v. Bayer Corporation, et al.* No. 3:11-cv-12047-DRH-PMF

## ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

**HERNDON, District Judge:**

This matter is before the Court on the Bayer Defendants' motion for an order dismissing plaintiff Vanisa Anderson's claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2). The plaintiff has not responded to the instant motion.

On October 20, 2014, this Court granted plaintiff's counsel's motion to withdraw (Doc. 11). The order granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court. To date, and in violation of this Court's orders and Local Rule 83.1(g), the plaintiff has not filed a supplementary appearance.

The plaintiff must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, the claims of the plaintiff are hereby dismissed without prejudice.

Further, as all other plaintiffs have previously been dismissed, the above captioned case is dismissed in its entirety.

**IT IS SO ORDERED.**

Signed this 3rd day of March, 2015.

Digitally signed by
David R. Herndon
Date: 2015.03.03
09:53:37 -06'00'

**United States District Court**